UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

FEB 2 7 2008

ROBERT N. SHEMWELL, CLERK
BY_____
VS.    DEPUTY

UNITED STATES OF AMERICA

CRIMINAL NO. 5:01CR50070-06

JUDGE:  DONALD E. WALTER

TROY D. BAKER

MAG. JUDGE: MARK HORNSBY

* * * *
**ORDER**

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter has been considered for re-calculation of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The United States Probation Office reviewed and issued on February 8, 2008, to the Office of the Federal Public Defender and the United States Attorney's Office a re-calculation of the Defendant's range of imprisonment.  Both parties had until February 22, 2008, to submit any objections to the re-calculation.

Having reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment and the record in this matter, including the Pre-Sentence Report, the Court finds that the defendant previously received adjustment under a Government 5K1.1 Motion consideration at which time the Court had determined a total sentence pursuant to 18 U.S.C. § 3553(a) factors.  Accordingly, the Court will not reduce Defendant's sentence further.

THUS DONE and SIGNED on this 27th day of February, 2008, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE