U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA           CRIMINAL NO. 5:01CR50070-06

vs.                                JUDGE: DONALD E. WALTER

TROY D. BAKER                      MAG. JUDGE: MARK HORNSBY

\* \* \* \*

## ORDER

Because of the recent revision to the base offense levels for crack cocaine, Section 2D1.1 of the United States Sentencing Guidelines, this matter has been considered for re-calculation of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The United States Probation Office reviewed and issued on February 8, 2008, to the Office of the Federal Public Defender and the United States Attorney's Office a re-calculation of the Defendant's range of imprisonment. Both parties had thirty days from February 29, 2008, to submit any objections to the re-calculation.

Having reviewed the Probation Office's re-calculation of the applicable Guideline range of imprisonment and the record in this matter, including the Pre-Sentence Report, the Sentencing Memorandum recently filed on behalf of defendant, and noting the lack of objection by the Government, the Court finds that the defendant previously received adjustment under a Government 5K1.1 Motion consideration at which time the Court had determined a total sentence pursuant to 18 U.S.C. § 3553(a) factors. Accordingly, the Court will not reduce Defendant's sentence further.

THUS DONE and SIGNED on this 3 day of April, 2008, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE